MARK JOSEPH KENNEY (State Bar No. 87345)
SUSAN M. SANTERELLI (State Bar No. 197569)
LINDSAY J. NICHOLS (State Bar No. 226980)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Claimant
COUNTRYWIDE HOME LOANS,
INC., DBA AMERICA'S
WHOLESALE LENDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REAL PROPERTY LOCATED AT 5489 W. SAMPLE AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 506-232-27, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　　Defendant. | Case No.: 1:05-CV-00883-AWI-LJO<br><br>**STIPULATION TO PERMIT FILING OF AMENDED VERIFIED CLAIM OF COUNTRYWIDE HOME LOANS, INC., DBA AMERICA'S WHOLESALE LENDER;  ORDER**<br><br>Complaint for Forfeiture *in Rem* filed: July 7, 2005 |

## RECITALS

1.　On September 2, 2005, COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER ("Countrywide") filed a Verified Claim alleging that it has an interest in defendant real property.

2.　Exhibits A and B of Countrywide's Verified Claim were inadvertently omitted from that filed by Countrywide.

3.　Countrywide filed a Verified Answer to the Verified Claim on September

22, 2005.

WHEREFORE, the parties stipulate as follows:

IT IS HEREBY STIPULATED that Countrywide may file the Amended Verified Claim attached hereto as Exhibit A hereto on or before October 21, 2005.  Countrywide's Verified Answer, filed on September 22, 2005, shall serve as its answer with respect to the Amended Verified Claim.

DATED:  October 19, 2004

By:_____/s/ Kristi C. Kapetan_____
        Kristi C. Kapetan

ASSISTANT U.S. ATTORNEY

DATED:  October 19, 2004

SEVERSON & WERSON
A Professional Corporation

By:_____/s/ Lindsay J. Nichols_____
        Lindsay J. Nichols

Attorneys for Claimant
COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER

DATED:  October 19, 2004

By:_____/s/ Roger K. Vehrs_____
        Roger K. Vehrs

Attorneys for Claimant
JOHN ROSALES

## **ORDER**

IT IS SO ORDERED.

**Dated:   October 21, 2005**                              **/s/ Lawrence J. O'Neill**

66h44dED STATES MAGISTRATE JUDGE