IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>REAL PROPERTY LOCATED AT<br>5489 W. SAMPLE, FRESNO, et al,<br><br>   Defendants. | CASE NO. CV-F-05-0883 AWI LJO<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date: January 17, 2006<br>Time: 8:30 a.m.<br>Dept.: 6 (LJO) |

This Court conducted an October 26, 2005 status conference. Plaintiff United States of America appeared by Assistant U.S. Attorney Kristi C. Kapetan. Claimant John Rosales appeared by attorney Roger K. Vehrs. Claimant Countrywide Home Loans, Inc. appeared by telephone by counsel Lindsay J. Nichols. On the basis of good cause, this Court SETS a status conference for January 17, 2006 at 8:30 a.m. in Department 6 (LJO). At the status conference, the parties shall be prepared to discuss the status of the underlying criminal action and whether discovery, motion and trial dates should be set. The parties may appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 498-7322.

IT IS SO ORDERED.

**Dated:   October 26, 2005**          /s/ Lawrence J. O'Neill
66h44d                           UNITED STATES MAGISTRATE JUDGE

1