UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    )<br><br>         Plaintiff,  )<br><br>                    )<br><br>     v.             )<br><br>                    )<br><br>REAL PROPERTY LOCATED AT  )<br>4589 W. SAMPLE, etc.,     )<br><br>                    )<br><br>         Defendant.  )<br><br>                    )<br>_____)  | 1:05-cv-883-AWI LJO<br><br>NEW CASE NUMBER:<br><br>1:05-CV-883-OWW LJO<br><br><br>**ORDER REASSIGNING CASE** |

        It appearing that this matter is related to the case United States vs. Oscar Rosales, et al., <u>1:05-cr-161 OWW</u>, it is ordered that this matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

        The scheduling conference currently set for January 17, 2006, before Magistrate Judge O'Neill is vacated and the counsel for the plaintiff is directed to file a status report by February 28, 2006.

        To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

                    **1:05-CV-883-OWW LJO**


DATED: 11/17/2005              _/s/ OLIVER W. WANGER
                               OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE