1   McGREGOR W. SCOTT
    United States Attorney
2   STEPHANIE HAMILTON BORCHERS
    Assistant U.S. Attorney
3   Federal Courthouse, Suite 4401
    2500 Tulare Street
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              1:05-CV-00883-OWW-LJO

12              Plaintiff,                 **STIPULATION AND ORDER
                                           STAYING ACTION**
13       v.

14  REAL PROPERTY LOCATED AT 5489 W.
    SAMPLE AVENUE, FRESNO, FRESNO
15  COUNTY, CALIFORNIA, APN: 506-232-27s,
    INCLUDING ALL APPURTENANCES AND
16  IMPROVEMENTS THERETO,

17              Defendant.

18

19       It is hereby stipulated by and between plaintiff United States of America, by its attorney

20
    McGregor W. Scott, United States Attorney for the Eastern District of California, Stephanie
21
22  Hamilton Borchers, Assistant United States Attorney, Susan M. Santerelli Attorney for Claimant

23  Countrywide Home Loans, and Roger K. Vehrs Attorney for Claimant John Rosales:

24       1. Claimant Countrywide Home Loans filed a claim on September 2, 2005, and an answer
25
    in this action on September 22, 2005. Claimant John Rosales filed a verified claim on August 8,
26
27  2005 and an answer on August 15, 2005, in this action. No other parties have filed a claim. For

28

1  purposes of this stipulation only, the United States stipulates that Countrywide Home Loans and

2  John Rosales have standing to contest this forfeiture action.

3
4     2. This civil action was filed on July 7, 2005.   The defendant real property located at 5489

5  W. Sample Avenue was posted with copies of the complaint and notice of complaint on July 25,

6  2005.

7     3. The parties recognize that proceeding with this action at this time could potentially

8
9  adversely affect the prosecution of the related criminal case, *United States v. Oscar Rosales, et al.,*

10 *1:05-CR-00161-OWW*.  All pending subpoenas are hereby withdrawn without prejudice.

11     THEREFORE the parties to this action stipulate as follows:

12     1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the

13 federal criminal action presently pending.

14

15

16     IT IS SO STIPULATED.

17 Dated: 2/16/07                       McGREGOR W. SCOTT
18                                      United States Attorney

19
20                                      /s/ Stephanie Hamilton Borchers
                                        STEPHANIE HAMILTON BORCHERS
21                                      Assistant U.S. Attorney

22                                      SEVERSON & WERSON
23  .

24 Dated: 2/20/07                       /s/ Susan M. Santerelli
25                                      SUSAN M. SANTERELLI
                                        Attorney for Claimant Countrywide Home Loans
26  ///
27  ///
28

2

1    Dated: 2/16/07                          /s/ Roger K. Vehrs
2                                            ROGER K. VEHRS
                                             Attorney for Claimant John Rosales
3

4
     For good cause shown, the Court adopts the parties' stipulation.
5

6        IT IS SO ORDERED.

7
     Dated:  7 - 23 -07
8
                                             OLIVER W. WANGER
9                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3